JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 10-01216-CJC(MLGx)                                Date: October 1, 2010

Title: ROBERT LEWIN V. PETER SZANTO

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT** [filed 08/11/10]

     Cross-complainant Peter Szanto, acting *pro se*, removed this action from state court on August 11, 2010.  Mr. Szanto seemed to base his removal on the fact that the cross-defendant in state court, Robert Lewin, is in bankruptcy.  Because it was not clear from Mr. Szanto's removal papers whether this Court has subject-matter jurisdiction, the Court issued an order to Mr. Szanto to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction or stayed pending resolution of the bankruptcy proceeding.  Mr. Szanto has failed to respond to this Court's order.

     A district court must remand a case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction.  28 U.S.C. §1447(c).  Mr. Szanto has not provided any basis for federal question or diversity jurisdiction.  28 U.S.C. §§ 1331, 1332.  Therefore, this case is hereby REMANDED to state court.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                                          Initials of Deputy Clerk MU